IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01880-RPM

JAMES GONOS,

    Plaintiff,
v.

UNITED STATES OF AMERICA;
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON, D.C.;
ELIST REALTY, LLC;
STACY HAYDEN;
MASTERS REALTY, LLC;
THE HOMESMITHS TEAM, INC.;
PHIL PHISTRY;
ASSET MANAGEMENT SPECIALISTS, INC.;
MATT MARTIN REAL ESTATE MANAGEMENT, LLC;
AND JOHN DOE (whose true name is unknown);

    Defendants.

_____

ORDER VACATING CLERK'S ENTRY OF DEFAULT, DENYING MOTION FOR DEFAULT JUDGMENT, AND ORDERING MATT MARTIN REAL ESTATE MANAGEMENT, LLC, TO RESPOND TO THE COMPLAINT
_____

    Upon consideration of Defendant Matt Martin Real Estate Management, LLC's Motion to Set Aside Entry of Default [42] filed November 14, 2013, and Plaintiff's response filed December 5, 2013, it is

    ORDERED that the Clerk's entry of default is vacated and the plaintiff's motion for default judgment [35] is denied. Defendant Matt Martin Real Estate Management, LLC, will respond to the complaint on or before December 20, 2013.

    DATED: December 10th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge