**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    February 20, 2014
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki
_____

Civil Action No. 13-cv-01880-RPM

| | |
|---|---|
| JAMES GONOS, | Eric D. Krajewski |
|       Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA; | Zeyen J. Wu |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; | |
| THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON, D.C.; | |
| ELIST REALTY, LLC; | John W. Madden, III |
| STACY HAYDEN; | |
| MASTERS REALTY, LLC, | Tracy L. Zuckett |
| d/d/a Keller Williams and Keller Williams Realty, DTC, LLC; | |
| THE HOMESMITHS TEAM, INC. d/b/a the HomeSmiths; | |
| PHIL PHISTRY; | |
| ASSET MANAGEMENT SPECIALISTS, INC.; | Chad A. Atkins |
| MATT MARTIN REAL ESTATE MANAGEMENT, LLC; and | Webster C. Cash, III |
| JOHN DOE (whose true name is unknown); | |
|       Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**2:29 p.m.      Court in session.**

HUD representatives Ann Darpino and Eric Cobb present.

Court's preliminary remarks.

Argument by Mr. Wu [40].
Argument by Mr. Krajewski.

**ORDERED:   Motion to Dismiss by Defendant United States [40], is granted and all claims and defendants are dismissed for lack of subject matter jurisdiction. A formal order will be prepared and entered.**

**2:46 p.m.      Court in recess.**   Hearing concluded. Total time: 17 min.