IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01880-RPM

JAMES GONOS,

      Plaintiff,

v.

UNITED STATES OF AMERICA;
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON, D.C.;
ELIST REALTY, LLC;
STACY HAYDEN;
MASTERS REALTY, LLC, D/B/A KELLER WILLIAMS AND KELLER WILLIAMS REALTY
 DTC LLC;
THE HOMESMITHS TEAM, INC. D/B/A THE HOMESMITHS;
PHIL PHISTRY;
MICHAELSON, CONNOR & BOUL, INC.;
ASSET MANAGEMENT SPECIALISTS, INC.;
MATT MARTIN REAL ESTATE MANAGEMENT, LLC;
AND JONN DOE (whose true name is unknown);

      Defendants.
_____

# JUDGMENT
_____

Pursuant to the Order of Dismissal entered by Senior Judge Richard P. Matsch on February 24, 2014, it is

ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: February 24th, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz
              By_____
                        Deputy